UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>    v.<br><br>ALPS GROUP INC.,<br><br>        Defendant. | Case No. 20-cv-09085-VKD<br><br>**ORDER DIRECTING DEFENDANT TO SHOW CAUSE RE FAILURE TO COMPLY WITH GENERAL ORDER 56** |

Pursuant to General Order 56, the Court issued an initial scheduling order requiring the parties to conduct a joint site inspection within 60 days of the service of the complaint. Dkt. No. 4. Plaintiff Theresa Brooke served defendant Alps Group Inc. ("Alps") on December 21, 2020. Dkt. No. 8. The parties were therefore required to conduct the joint site inspection by February 19, 2021.

On March 19, 2021, Ms. Brooke filed an administrative motion seeking to compel Alps to engage in the joint site inspection. Dkt. No. 19. Alps did not respond to the motion.

Accordingly, defense counsel Jamie Gross is ordered to show cause why the Court should not impose monetary or other sanctions against her and/or her client for failure to comply with the Court's order. A written response to this Order must be filed by **April 2, 2021**. The Court will hold a hearing on this Order to Show Cause on **April 6, 2021 at 10:00 a.m.** via Zoom webinar in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113.

**IT IS SO ORDERED.**

Dated: March 26, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge