Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 5:20-cv-09085-VKD |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| ALPS GROUP INC., | |
| Defendants. | |

    Please take notice that this case has settled. The parties anticipate filing closing papers in the coming weeks.

    DATED this 26th day of March, 2021.

                                            /s/ Peter Kristofer Strojnik
                                            Peter Kristofer Strojnik (242728)
                                            Attorneys for Plaintiff